IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-4007-01-CR-C-SOW |
| ) | |
| JEFFREY ALLEN BEDWELL, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court is the Report and Recommendation (Doc. #19) of United States Magistrate Judge William A. Knox regarding defendant Jeffrey Allen Bedwell's entry of a plea of guilty. On June 11, 2009, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Counts I and II of the indictment filed on March 2, 2009. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and consequences of pleading guilty, was voluntary, and that the offenses to which the defendant has plead guilty are supported by a factual basis for each of the essential elements of the offenses.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Jeffrey Allen Bedwell's plea of guilty shall be accepted and that defendant Bedwell shall be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Bedwell as

soon as possible.

                                              /s/ Scott O. Wright
                                              SCOTT O. WRIGHT
                                              Senior United States Judge

DATED:   6/17/2009